# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0889.  KEVIN WILLIAMS v. DEUTSCHE BANK NATIONAL TRUST COMPANY.**

Deutsche Bank National Trust Company filed a dispossessory action against Kevin Williams in magistrate court.  The magistrate court entered judgment in favor of the bank, after which Williams appealed to the superior court.  The superior court dismissed the appeal, and Williams then filed a notice of appeal to this Court. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Williams was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *Dean's Catering v. Strum & Associates*, 231 Ga. App. 202 (498 SE2d 786) (1998); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  01/23/2015
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*